# THIRD DEPARTMENT.

PEOPLE *ex rel.* MILLER v. COMES *et al.*, referees.

*Highways — laying out through dooryard.*

After highway commissioners laid out a road through the lands of M., without his consent, M. extended his dooryard so as to embrace a portion of the land included in the road. The yard was of sufficient size without including that part taken for the road. *Held*, that the road was not laid out in violation of the statute forbidding the laying out of a road through " any buildings * * * or any yards or inclosures, necessary to the use or enjoyment thereof without the consent of the owner." (1 R. S. 514, § 57.) *Lansing* v. *Caswell*, 4 Paige, 523.

CERTIORARI to review the proceedings of referees appointed by the county judge of Madison county, affirming the order of commissioners of highways laying out a highway. The proceedings were instituted upon the relation of Henry Miller against James R. Comes, and others, the referees in question.

*B. F. Chapman*, for relator.

*M. J. Shoecraft*, for respondents.

MILLER, P. J.

The only point of importance passed upon in the opinion is stated in the head-note, and a publication of the opinion at length does not seem necessary.

*Proceedings affirmed.*